1  WILLIAM SLOAN COATS (STATE BAR NO. 94864)
   Email: wcoats@whitecase.com
2  MARK R. WEINSTEIN (STATE BAR NO: 193043)
   Email: mweinstein@whitecase.com
3  CRAIG W. CLARK (STATE BAR NO. 226839)
   Email: cclark@whitecase.com
4  **WHITE & CASE LLP**
5  3000 El Camino Real
   5 Palo Alto Square, 9th Floor
6  Palo Alto, California 94306
7  Telephone:   650/213-0300
   Facsimile:   650/213-8158
8
9  Attorneys for Plaintiff MESA/BOOGIE, LTD.

FILED
AUG 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA

RS

13  MESA/BOOGIE, LTD., a California    )   CASE NO. C07 4302
    corporation,                        )
14                                      )
15                   Plaintiff,         )   **COMPLAINT OF PLAINTIFF**
                                        )   **MESA/BOOGIE, LTD. FOR**
                                        )   **PATENT INFRINGEMENT**
16  v.                                  )
                                        )   **DEMAND FOR JURY TRIAL**
17  FENDER MUSICAL INSTRUMENTS          )
    CORPORATION, an Delaware Corporation, )
18                                      )
19                   Defendant.         )
                                        )
20                                      )

22       Plaintiff MESA/BOOGIE, LTD. ("Mesa/Boogie" or "plaintiff"), by its

23  undersigned counsel alleges and hereby complains against defendant FENDER MUSICAL

24  INSTRUMENTS CORPORATION ("Fender" or "defendant") as follows:

25                        **NATURE OF THE COMPLAINT**

26       1.    This is a civil action for patent infringement arising under the laws of the

27  United States, 35 U.S.C. §§ 1 *et seq.*

28

## INTRA-DISTRICT ASSIGNMENT

2. Pursuant to Local Rule 3-2(c), because this is an intellectual property case, it may properly be assigned to any division in this judicial district.

## PARTIES, JURISDICTION AND VENUE

3. Mesa/Boogie is a company organized and existing under the laws of California with a principal place of business at 1317 Ross Street, Petaluma, California and doing business in this district.

4. Upon information and belief, Fender is a company organized and existing under the laws of the State of Delaware with a principal place of business at 8860 E. Chaparral Road, Suite 100, Scottsdale, Arizona and conducts business, itself or through its agents, in this district.

5. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338.

6. Venue in this district is proper under 28 U.S.C. §§ 1391 and 1400, as Mesa/Boogie is informed and believes that a substantial part of the events giving rise to the claims alleged occurred in this district and because defendant is subject to personal jurisdiction in this district. Defendant maintains continuous commercial contacts with California and regularly conducts business in this district, including through the sale of infringing products.

## OPERATIVE FACTS

7. Mesa/Boogie is an innovator, industry leader and manufacturer of the highest quality amplifiers for guitars and basses, and associated components. Mesa/Boogie distributes and sells its products worldwide, in interstate commerce, and in California.

8. Randall Smith is the president and founder of Mesa/Boogie, the innovator behind Mesa/Boogie's products, and is the named inventor of numerous patents.

9. On December 1, 1992, the United States Patent and Trademark Office duly issued to Randall Smith United States Patent No. 5,168,438 (the "'438 patent"), entitled "Selectable Dual Rectifier Power Supply for Musical Amplifier." Randall Smith has assigned

1  all right, title and interest in the '438 patent to Mesa/Boogie, including the right to sue for all
2  past, present and future acts of infringement.
3        10.   In accordance with 35 U.S.C. § 287, Mesa/Boogie has marked its products
4  with the '438 patent. Additionally, Mesa/Boogie had placed defendant on notice of the '438
5  patent. To date, Fender continues to make, use, sell and offer to sell apparatuses that are covered
6  by the '438 patent.

### COUNT ONE – PATENT INFRINGEMENT

8        11.   Plaintiff incorporates by reference all preceding paragraphs of this
9  Complaint as if fully set forth herein.
10       12.   Defendant has, and continues to, infringe the '438 patent by making, using,
11 selling and/or offering for sale products that utilize the inventions covered by the '438 patent.
12       13.   On information and belief, the past and continuing infringement of the
13 '438 patent by defendant has been, and continues to be, with full knowledge of the '438 patent,
14 making the infringement willful.
15       14.   By reason of the acts of infringement by defendant, Mesa/Boogie has
16 suffered, is suffering, and will continue to suffer damages in an amount to be proven at trial.
17 Past and continuing infringement by defendant has irreparably injured Mesa/Boogie and will
18 continue to irreparably injure Mesa/Boogie absent injunctive relief.
19       15.   On information and belief, defendant will continue infringing the '438
20 patent unless enjoined by this Court.

### PRAYER FOR RELIEF

22 WHEREFORE, plaintiff prays that this Court enter judgment as follows:
23       A.   Permanently enjoining and restraining defendant, its directors, officers,
24 employees, agents and all persons in active concert or participation with defendant from
25 importing, making, using, selling, and/or offering for sale infringing apparatuses, methods
26 and/or services covered by the '438 patent;
27 / / /
28

-2-  COMPLAINT

PALOALTO 82726 (2K)

1         B.       Awarding to plaintiff damages compensating it as permitted by law for
2 defendant's infringement of the '438 patent;
3         C.       Awarding to plaintiff enhanced damages resulting from the knowing,
4 deliberate, and willful conduct of defendant, pursuant to 35 U.S.C. § 284;
5         D.       Finding that this is an exceptional case and awarding plaintiff its attorneys'
6 fees pursuant to 35 U.S.C. §§ 284 and 285; and
7         E.       Such other and further relief as the Court deems just and proper.

Date: August 21, 2007

Respectfully submitted,

**WHITE & CASE LLP**

By _/s/ William Sloan Coats_

WILLIAM SLOAN COATS
Attorneys for MESA/BOOGIE, LTD.

-3-

COMPLAINT

PALOALTO 82726 (2K)

## JURY DEMAND

Mesa/Boogie, Ltd. demands a trial by jury on all issues so triable.

This the 21st day of August, 2007.

Respectfully submitted,

**WHITE & CASE LLP**

By _____
WILLIAM SLOAN COATS
Attorneys for MESA/BOOGIE, LTD.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for Mesa/Boogie, Ltd. certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case: Randall Smith. These representations are made to enable the Court to evaluate possible disqualification or recusal.

This the 21st day of August, 2007.

Respectfully submitted,

**WHITE & CASE LLP**

By /s/ William Sloan Coats
WILLIAM SLOAN COATS
Attorneys for MESA/BOOGIE, LTD.