| Attorney or Party without Attorney:<br>WILLIAM SLOAN COATS<br>WHITE & CASE LLP<br>3000 EL CAMINO REAL<br>5 PALO ALTO SQUARE, 9th FLOOR<br>Palo Alto, CA 94306<br>Telephone No: | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>mesa/boogie | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of Califronia | | |
| Plaintiff: NESA/BOOGIE, LTD | | |
| Defendant: FENDER MUSICAL INSTRUMENTS CORPORATION | | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV4302RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES; PUBLIC NOTICE; JURY DEMAND; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ECF REGISTRATION INFORMATION HAND OUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE SCHEDUEL - ADR MULTI-OPTION PROGRAM; STANDING ORDER RE: INITIAL CASE MANGEMENT; CONTENTS OF JOINT CASE MANGEMENT STATEMENT.

3. a. Party served:                        FENDER MUSICAL INSTRUMENTS CORPORATION
   b. Person served:                      MARGRET WILSON, AGENT FOR SERVICE.

4. Address where the party was served:   818 WEST 7th STREET STE 200
                                         LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Aug. 23, 2007 (2) at: 10:34AM

7. *Person Who Served Papers:*
   a. DOUGLAS FORREST
   b. **BEVERLY HILLS EXPRESS**
      & METROZONE ATTORNEY SERVICE
      350 S. FIGUEROA STREET SUITE 272
      LOS ANGELES, CA 90071
   c. (213) 346-1000, FAX (213) 346-1010

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      *(i)* Independent Contractor
      *(ii) Registration No.:* 5141
      *(iii) County:* Los Angeles

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: Thu, Aug. 23, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(DOUGLAS FORREST)
615701.whitewsc.1089