1  MICHAEL A. JACOBS (BAR NO. 111664)
   DANIEL P. MUINO (BAR NO. 209624)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
4  Facsimile: (415) 268-7522
   mjacobs@mofo.com
5  dmuino@mofo.com

6  Attorneys for Defendant
   FENDER MUSICAL INSTRUMENTS
7  CORPORATION

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13  MESA/BOOGIE, LTD., a California corporation,    CASE NO. C 07-4302 RS

14                              Plaintiff,

                v.                               **STIPULATION TO EXTEND TIME
15                                               TO RESPOND TO COMPLAINT**

16  FENDER MUSICAL INSTRUMENTS
    CORPORATION, a Delaware corporation,
17
                               Defendant.

18

19

20

21

22

23

24

25

26

27

28
                                    1
    STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
    CASE NO. C 07-4302 RS
    SF-2385255

1    Pursuant to Northern District of California Civil Local Rule 6-1, the parties in the

2    above-captioned action hereby stipulate through their respective counsel that Defendant

3    FENDER MUSICAL INSTRUMENTS CORPORATION shall have up to and including

4    October 2, 2007 to respond to the Complaint in the above-captioned action.  This constitutes an

5    extension of 20 days from the original response date of September 12, 2007.  There have been no

6    previous extensions of the time to respond.  This extension will not alter an event or deadline

7    already set by the Court.

8

9    Dated:  September 7, 2007        MICHAEL A. JACOBS
                                      DANIEL P. MUINO
10                                    MORRISON & FOERSTER LLP

11

12    By:  /s/ Daniel P. Muino
                Daniel P. Muino

13
      Attorneys for Defendant
14    FENDER MUSICAL INSTRUMENTS
      CORPORATION

15

16    Dated:  September 7, 2007        WILLIAM SLOAN COATS
                                       MARK R. WEINSTEIN
17                                     CRAIG W. CLARK
                                       WHITE & CASE LLP
18

19

20    By: /s/ Mark R. Weinstein
                Mark R. Weinstein

21    Attorneys for Plaintiff
      MESA/BOOGIE, LTD.
22

23
                      ATTESTATION
24

25    I, Daniel P. Muino, am the ECF User whose ID and password are being used to file this Stipulation
      to Extend Time to Respond to Complaint.  In compliance with General Order 45, X.B., I hereby
      attest that Mark R. Weinstein has concurred in this filing and that I have his holographic signature.
26

27

28
                                     2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C 07-4302 RS
SF-2385255