1  MICHAEL A. JACOBS (BAR NO. 111664)
   DANIEL P. MUINO (BAR NO. 209624)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
4  Facsimile: (415) 268-7522
   mjacobs@mofo.com
5  dmuino@mofo.com

6  Attorneys for Defendant
   FENDER MUSICAL INSTRUMENTS
7  CORPORATION

8

9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11

12

13  MESA/BOOGIE, LTD., a California corporation,    CASE NO. C 07-4302 RS

14                         Plaintiff,
                                                    **SECOND STIPULATION TO
15        v.                                        EXTEND TIME TO RESPOND TO
                                                    COMPLAINT**
16  FENDER MUSICAL INSTRUMENTS
    CORPORATION, a Delaware corporation,
17                         Defendant.

18

19

20

21

22

23

24

25

26

27

28
                                          1
SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C 07-4302 RS
sf-2396849

1      Pursuant to Northern District of California Civil Local Rule 6-1, the parties in the above-captioned action hereby stipulate through their respective counsel that Defendant FENDER MUSICAL INSTRUMENTS CORPORATION shall have up to and including October 16, 2007 to respond to the Complaint in the above-captioned action. This constitutes an extension of 14 days from the current response date of October 2, 2007. This is the second extension of the time to respond. This extension will not alter an event or deadline already set by the Court. The purpose of this extension is to allow the parties additional time to discuss a possible early resolution of this case.

Dated: September 28, 2007    MICHAEL A. JACOBS
    DANIEL P. MUINO
    MORRISON & FOERSTER LLP

By: /s/ Daniel P. Muino
    Daniel P. Muino

Attorneys for Defendant
FENDER MUSICAL INSTRUMENTS CORPORATION

Dated: September 28, 2007    WILLIAM SLOAN COATS
    MARK R. WEINSTEIN
    CRAIG W. CLARK
    WHITE & CASE LLP

By: /s/ Mark R. Weinstein
    Mark R. Weinstein

Attorneys for Plaintiff
MESA/BOOGIE, LTD.

## ATTESTATION

I, Daniel P. Muino, am the ECF User whose ID and password are being used to file this Second Stipulation to Extend Time to Respond to Complaint. In compliance with General Order 45, X.B., I hereby attest that Mark R. Weinstein has concurred in this filing and that I will keep his holographic signature on file.