1  WILLIAM SLOAN COATS (STATE BAR NO. 94864)
   Email: wcoats@whitecase.com
2  MARK R. WEINSTEIN (STATE BAR NO: 193043)
   Email: mweinstein@whitecase.com
3  CRAIG W. CLARK (STATE BAR NO. 226839)
   Email: cclark@whitecase.com
4  **WHITE & CASE LLP**
   3000 El Camino Real
5  5 Palo Alto Square, 9th Floor
   Palo Alto, California 94306
6  Telephone:    650/213-0300
   Facsimile:    650/213-8158

Attorneys for Plaintiff MESA/BOOGIE, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MESA/BOOGIE, LTD., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>FENDER MUSICAL INSTRUMENTS CORPORATION, an Delaware Corporation,<br><br>            Defendant. | Case No.  C-07-4302 (RS)<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE RICHARD SEEBORG** |

CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE RICHARD SEEBORG

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Richard Seeborg conduct any and further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from judgment shall be taken directly to the United States Court of Appeals for the Federal Circuit.

Date: October 9, 2007                                Respectfully submitted,

**WHITE & CASE LLP**

/s/  Mark R. Weinstein
Attorneys for MESA/BOOGIE, LTD.