MICHAEL A. JACOBS (BAR NO. 111664)
DANIEL P. MUINO (BAR NO. 209624)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
mjacobs@mofo.com
dmuino@mofo.com

Attorneys for Defendant
FENDER MUSICAL INSTRUMENTS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA/BOOGIE, LTD., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FENDER MUSICAL INSTRUMENTS CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. C 07-4302 RS<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16, AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.
3  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Fender Musical Instruments
4  Corporation ("Fender") states that it has no parent corporation and there is no publicly-held
5  corporation that owns 10% or more of its stock.

6

7  Dated: October 16, 2007          MORRISON & FOERSTER LLP

8

9  By:   /s/ Daniel P. Muino
         Daniel P. Muino

10 Attorneys for Defendant
   FENDER MUSICAL INSTRUMENTS
11 CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S CERTIFICATION AND CORPORATE DISCLOSURE STATEMENT
Case No. C 07-4302 RS
sf-2406006

1