MICHAEL A. JACOBS (BAR NO. 111664)
DANIEL P. MUINO (BAR NO. 209624)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
mjacobs@mofo.com
dmuino@mofo.com

Attorneys for Defendant
FENDER MUSICAL INSTRUMENTS
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA/BOOGIE, LTD., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FENDER MUSICAL INSTRUMENTS CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. C 07-4302 RS<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE RICHARD SEEBORG** |

Pursuant to 28 U.S.C. § 636(c) and Civil Local Rule 73-1, Defendant Fender Musical Instruments Corporation ("Fender") hereby voluntarily consents to have United States Magistrate Judge Richard Seeborg conduct any further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from judgment shall be taken directly to the United States Court of Appeals for the Federal Circuit.

Dated: October 19, 2007         MORRISON & FOERSTER LLP

                                By:   /s/ Daniel P. Muino
                                      Daniel P. Muino

                                Attorneys for Defendant
                                FENDER MUSICAL INSTRUMENTS
                                CORPORATION

CONSENT TO PROCEED BEFORE U.S. MAGISTRATE JUDGE
Case No. C 07-4302 RS
sf-2408371