**\*E-FILED\***
**November 1, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA/BOOGIE, LTD, | No. C 07-04302 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| FENDER MUSICAL INSTRUMENTS CORPORATION, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the Court, the case management conference in the above-captioned matter currently set for December 5, 2007 at 2:30 p.m. has been continued to **December 12, 2007 at 2:30 p.m.** The parties shall file a joint case management conference statement no later than December 5, 2007.

Dated: November 1, 2007

                                                For the Court,
                                                RICHARD W. WEIKING, Clerk

                                                 By:   /s/ Martha Parker Brown
                                                                   Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS DELIVERED TO:**

Craig W Clark    cclark@whitecase.com, mmccool@whitecase.com

William Sloan Coats , III    wcoats@whitecase.com, gohlsson@whitecase.com, mkenny@whitecase.com, mlambert@whitecase.com, pneely@whitecase.com

Daniel Pierre Muino    dmuino@mofo.com

Mark R. Weinstein    mweinstein@whitecase.com, mkenny@whitecase.com