WILLIAM SLOAN COATS (STATE BAR NO. 94864)
MARK R. WEINSTEIN (STATE BAR NO. 193043)
CRAIG W. CLARK (STATE BAR NO. 226839)         *E-FILED 12/3/07*
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone:   (650) 213-0300
Facsimile:   (650) 213-8158

Attorneys for Plaintiff MESA/BOOGIE, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MESA/BOOGIE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> FENDER MUSICAL INSTRUMENTS CORPORATION, <br><br> Defendant. | CASE NO.: 07-04302-RS <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES** |

WHEREAS plaintiff Mesa/Boogie, Ltd. ("Plaintiff") filed its Complaint against Fender Musical Instruments Corporation ("Defendant") on August 21, 2007 and Defendant filed its Answer on October 16, 2007;

WHEREAS Plaintiff and Defendant have reached an agreement regarding a potential settlement of this action and are currently preparing a written Settlement Agreement;

WHEREAS pursuant to its Order of August 21, 2007, and the Clerk's Notice of November 1, 2007, the Court set December 5, 2007 as the last day to complete initial disclosures, file Case Management Statement and file/serve Joint Rule 26(f) Report; and set a Case Management Conference for December 12, 2007 at 2:30 p.m.;

1  WHEREAS Plaintiff and Defendant have met and conferred and agreed that a continuance of the Case Management Conference and related dates will conserve judicial resources and facilitate final settlement and dismissal of this action;

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel, hereby stipulate and respectfully request that the Court order as follows:

1. The last day to complete initial disclosures, file Case Management Statement and file/serve Joint Rule 26(f) Report shall be continued to January 30, 2008; and

2. The Case Management Conference currently scheduled for December 12, 2007 shall be continued to February 6, 2008 at 2:30 p.m.

**IT IS SO STIPULATED**.

Date: November 30, 2007

WHITE & CASE LLP

By: /s/ _____
  CRAIG W. CLARK
Attorneys for MESA/BOOGIE, LTD.

Date: November 30, 2006

MORRISON & FOERSTER LLP

By: /s/ _____
  DANIEL P. MUINO
Attorneys for FENDER MUSICAL INSTRUMENTS CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: December 3, 2007

_____
The Honorable Richard Seeborg