WILLIAM SLOAN COATS (STATE BAR NO. 94864)
MARK R. WEINSTEIN (STATE BAR NO. 193043)
CRAIG W. CLARK (STATE BAR NO. 226839)
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone:     (650) 213-0300
Facsimile:     (650) 213-8158

Attorneys for Plaintiff MESA/BOOGIE, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MESA/BOOGIE, LTD., | CASE NO.: 07-04302-RS |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON** |
| v. | |
| FENDER MUSICAL INSTRUMENTS CORPORATION, | |
| Defendant. | |

Plaintiff Mesa/Boogie, Ltd. ("Mesa") and defendant Fender Musical Instruments Corp. ("Fender"), having entered into a License Agreement resolving the above-captioned dispute, hereby stipulate and respectfully request that the Court order as follows:

1.      This action shall be dismissed, as to all claims and counterclaims, with prejudice, with each party bearing its own costs, expenses and attorney's fees.

/ / /

1          2.      This Court shall retain jurisdiction to enforce the terms of the parties'

2   License Agreement.

3   **IT IS SO STIPULATED**.

4

5   Date: December 21, 2007                    WHITE & CASE LLP

6                                              By: _____/s/_____

7                                                  CRAIG W. CLARK
                                               Attorneys for MESA/BOOGIE, LTD.

8                                              MORRISON & FOERSTER LLP

9   Date: December 21, 2007

10                                             By: _____/s/_____
                                                   DANIEL P. MUINO

11                                             Attorneys for FENDER MUSICAL
                                               INSTRUMENTS CORPORATION

12

13  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

14

15  Date: _____, 2007               _____

                                               The Honorable Richard Seeborg

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -