1  WILLIAM SLOAN COATS (STATE BAR NO. 94864)
   MARK R. WEINSTEIN (STATE BAR NO. 193043)
2  CRAIG W. CLARK (STATE BAR NO. 226839)
   WHITE & CASE LLP
3  3000 El Camino Real
   5 Palo Alto Square, 9th Floor
4  Palo Alto, California 94306
   Telephone:    (650) 213-0300        *E-FILED 1/2/08*
5  Facsimile:    (650) 213-8158

6  Attorneys for Plaintiff MESA/BOOGIE, LTD.
7
8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                          SAN JOSE DIVISION

12 MESA/BOOGIE, LTD.,              )   CASE NO.: 07-04302-RS
13                                 )
                    Plaintiff,     )   **STIPULATION FOR DISMISSAL AND**
14                                 )   **[PROPOSED] ORDER THEREON**
15 v.                              )
                                   )
16 FENDER MUSICAL INSTRUMENTS      )
   CORPORATION,                    )
17                                 )
18                  Defendant.     )
                                   )
19 _____  )

20         Plaintiff Mesa/Boogie, Ltd. ("Mesa") and defendant Fender Musical

21 Instruments Corp. ("Fender"), having entered into a License Agreement resolving the above-

22 captioned dispute, hereby stipulate and respectfully request that the Court order as follows:

23         1.   This action shall be dismissed, as to all claims and counterclaims, with

24 prejudice, with each party bearing its own costs, expenses and attorney's fees.

25 / / /

26
27
28

1  2. This Court shall retain jurisdiction to enforce the terms of the parties'
License Agreement.

**IT IS SO STIPULATED**.

Date: December 21, 2007         WHITE & CASE LLP

By: _____/s/_____
    CRAIG W. CLARK
Attorneys for MESA/BOOGIE, LTD.

MORRISON & FOERSTER LLP

Date: December 21, 2007

By: _____/s/_____
    DANIEL P. MUINO
Attorneys for FENDER MUSICAL
INSTRUMENTS CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: __January 2_____, 2008        _____
                                       The Honorable Richard Seeborg

- 2 -

PALOALTO 85508 v1 (2K)

STIPULATION
CASE NO: 07-04302-RSJ