WILLIAM SLOAN COATS (STATE BAR NO. 94864)
MARK R. WEINSTEIN (STATE BAR NO. 193043)
CRAIG W. CLARK (STATE BAR NO. 226839)
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Attorneys for Plaintiff MESA/BOOGIE, LTD.

*E-FILED 1/2/08*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MESA/BOOGIE, LTD., | CASE NO.: 07-04302-RS |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON** |
| v. | |
| FENDER MUSICAL INSTRUMENTS CORPORATION, | |
| Defendant. | |

Plaintiff Mesa/Boogie, Ltd. ("Mesa") and defendant Fender Musical Instruments Corp. ("Fender"), having entered into a License Agreement resolving the above-captioned dispute, hereby stipulate and respectfully request that the Court order as follows:

1. This action shall be dismissed, as to all claims and counterclaims, with prejudice, with each party bearing its own costs, expenses and attorney's fees.

///

2. This Court shall retain jurisdiction to enforce the terms of the parties' License Agreement.

**IT IS SO STIPULATED**.

Date: December 21, 2007        WHITE & CASE LLP

By: _____/s/_____
    CRAIG W. CLARK
Attorneys for MESA/BOOGIE, LTD.

MORRISON & FOERSTER LLP

Date: December 21, 2007

By: _____/s/_____
    DANIEL P. MUINO
Attorneys for FENDER MUSICAL INSTRUMENTS CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: __January 2__, 2008        _____
    The Honorable Richard Seeborg